[This opinion has been published in *Ohio Official Reports* at 90 Ohio St.3d 73.]

THE STATE EX REL. AMERICAN TOOL COMPANY, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL.; GLENN, APPELLANT.

[Cite as *State ex rel. Am. Tool Co. v. Indus. Comm.*, 2000-Ohio-23.]

*Workers' compensation—Court of appeals' judgment reversed and Industrial Commission's order reinstated.*

(No. 00-387—Submitted July 25, 2000—Decided September 20, 2000.)

APPEAL from the Court of Appeals for Franklin County, No. 98AP-1593.

_____

*Peelle & Carey Law Offices Co., L.P.A.*, and *David L. Hall*, for appellee.

*Clements, Mahin & Cohen, L.L.P.,* and *Edward Cohen*, for appellant.

_____

{¶ 1} The judgment of the court of appeals is reversed. The order of the Industrial Commission is reinstated.

DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., dissents.

COOK, J., dissents and would affirm the judgment of the court of appeals.

_____